

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER

Appellate case name:   Suran Wije v. David A. Burns, The University of Texas at Austin, Jane Doe, and John Doe

Appellate case number:   01-19-00024-CV

Trial court case number:   D-1-GN-18-002435

Trial court:                  201st District Court of Travis County

On December 30, 2020, appellant Suran Wije moved for an extension of time to file his motion for en banc reconsideration, asking that this Court extend his deadline from December 30, 2020, until January 4, 2021. On January 4, 2021, he filed a motion requesting a further extension until January 11, 2021.

Accordingly, the request for extension is GRANTED. Any motion for en banc reconsideration must be filed by January 19, 2021. Absent extraordinary circumstances, no further extensions will be granted. It is so ORDERED.

Judge's signature:   __/s/ Richard Hightower_____
                            Acting individually

Date:   __January 7, 2021_____